### CLARK MASON agt. LEWIS MOORE *et al.*

An affidavit of merits for a motion, stating the defendant has a *defence upon the merits to the plaintiff's demand on the promissory note, &c.*, is defective, and will be held bad.

*February Term*, 1846.

MOTION by defendant to change the venue.

This motion was denied on a defect in defendant's affidavit; that part of the affidavit which swore to merits, and the part objected to, read as follows: " that the said defendants have a good and substantial *defence upon the merits to the plaintiff's demand on the promissory note*, on which this action is brought, as this deponent is advised by their said counsel, &c."

W. J. CORNWELL, *defendants' counsel.*
J. S. JENKINS, *defendants' attorney.*
R. W. PECKHAM, *plaintiff's counsel.*
H. K. JEROME, *plaintiff's attorney.*

BRONSON, Chief Justice. Denied the motion with $7 costs, for the defect mentioned in the affidavit.